812 A.2d 1164

**COMMONWEALTH of Pennsylvania ex rel. Kevin MARINELLI,**

**v.**

**Jeffrey A. BEARD, Secretary, Pennsylvania Department of Corrections, William S. Stickman, III, Superintendent, SCI Green.**

**Petition of Kevin Marinelli.**

Supreme Court of Pennsylvania.

Nov. 25, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th. day of November, 2002, the Petition for Writ of Habeas Corpus is **DENIED.**